No. 369, Misc.  Kruse *v.* Supreme Court of Illinois;
No. 372, Misc.  Miner *v.* Supreme Court of Illinois; and

872

No. 399, Misc. REAVIS v. CONGRESS OF THE UNITED STATES. The motions for leave to file petitions for writs of mandamus are severally denied.